**Joseph Louis McCOY, Plaintiff—Appellant,**

v.

**Michelle MITCHELL, Sheriff; Lieutenant Wilkins, Medical Supervisor; Deputy Ford, Nurse; Deputy Smith, Nurse; Doctor Chang, MD; Deputy Anderson, Nurse, Defendants—Appellees.**

No. 06–6730.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 18, 2006.

Decided: Aug. 29, 2006.

Joseph Louis McCoy, Appellant Pro Se.

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joseph Louis McCoy appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) action, alleging deliberate indifference to medical needs, for failure to state a claim pursuant to 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See McCoy v. Mitchell,* No. 1:06–cv–00126–TSE (E.D. Va. filed Apr. 3, 2006 & entered Apr. 4, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*